BARTHOLOMEW et al. v. CULVER.
(No. 363.)

(Court of Civil Appeals of Texas.  El Paso.  Nov. 25, 1914.)

APPEAL AND ERROR (§ 773*)—REVIEW—QUESTIONS PRESENTED—BRIEFS.

Where the judgment disposed of all the parties and was in conformity with the issues made by the pleadings, it will be affirmed, in the absence of briefs.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. §§ 3104, 3108–3110; Dec. Dig. § 773.*]

Appeal from District Court, Harris County; Wm. Masterson, Judge.

Action between Ed. Bartholomew and others and Claud Culver. From a judgment for the latter, the former appeal. Affirmed.

Sam, Bradley & Fogle, of Houston, for appellants. Barkley & Green, of Houston, for appellee.

WALTHALL, J.  In this case no briefs for appellants or appellee have reached this court. The judgment rendered by the trial

court disposes of all the parties, and otherwise conforms to the issues made by the pleadings, and is affirmed.

Judgment affirmed.